eFiled
9/26/2024 5:30:23 PM
Superior Court
of the District of Columbia



**Superior Court of the District of Columbia**
**CIVIL DIVISION**
**Civil Actions Branch**
**500 Indiana Avenue, N.W., Suite 5000 Washington, D.C. 20001**
**Telephone: (202) 879-1133 Website: www.dccourts.gov**

DCA Capitol Hill LTAC, LLC dba BridgePoint Continuing Care Hospital Capitol Hill

and DCA Hadley LTAC, LLC dba BridgePoint Continuing Care Hospital   Plaintiff
National Harborside                                  **vs.**

2024-CAB-006129

Case Number

CAREFIRST BLUECROSS BLUESHIELD
                                    Defendant

## SUMMONS

To the above named Defendant:

You are hereby summoned and required to serve an Answer to the attached Complaint, either personally or through an attorney, within twenty one (21) days after service of this summons upon you, exclusive of the day of service. If you are being sued as an officer or agency of the United States Government or the District of Columbia Government, you have sixty (60) days after service of this summons to serve your Answer. A copy of the Answer must be mailed to the attorney for the plaintiff who is suing you. The attorney's name and address appear below. If plaintiff has no attorney, a copy of the Answer must be mailed to the plaintiff at the address stated on this Summons.

You are also required to file the original Answer with the Court in Suite 5000 at 500 Indiana Avenue, N.W., between 8:30 a.m. and 5:00 p.m., Mondays through Fridays or between 9:00 a.m. and 12:00 noon on Saturdays. You may file the original Answer with the Court either before you serve a copy of the Answer on the plaintiff or within seven (7) days after you have served the plaintiff. If you fail to file an Answer, judgment by default may be entered against you for the relief demanded in the complaint.

| | |
|---|---|
| Cyndi K. Wong, Esq. | *Clerk of the Court* |
| Name of Plaintiff's Attorney | |
| 301 North Lake Avenue, Suite 600 | By _____ |
| Address | Deputy Clerk |
| Pasadena, CA 91101 | |
| (626) 240-0866 | Date September 25, 2024 |
| Telephone | |

如需翻譯,请打电话 (202) 879-4828    Veuillez appeler au (202) 879-4828 pour une traduction    Để có một bài dịch, hãy gọi (202) 879-4828
번역을 원하시면, (202) 879-4828로 전화주십시오.     የአማርኛ ትርጉም ለማግኘት (202) 879-4828 ይደውሉ

IMPORTANT: IF YOU FAIL TO FILE AN ANSWER WITHIN THE TIME STATED ABOVE, OR IF, AFTER YOU ANSWER, YOU FAIL TO APPEAR AT ANY TIME THE COURT NOTIFIES YOU TO DO SO, A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY DAMAGES OR OTHER RELIEF DEMANDED IN THE COMPLAINT. IF THIS OCCURS, YOUR WAGES MAY BE ATTACHED OR WITHHELD OR PERSONAL PROPERTY OR REAL ESTATE YOU OWN MAY BE TAKEN AND SOLD TO PAY THE JUDGMENT. IF YOU INTEND TO OPPOSE THIS ACTION, *DO NOT FAIL TO ANSWER WITHIN THE REQUIRED TIME.*

If you wish to talk to a lawyer and feel that you cannot afford to pay a fee to a lawyer, promptly contact one of the offices of the Legal Aid Society (202-628-1161) or the Neighborhood Legal Services (202-279-5100) for help or come to Suite 5000 at 500 Indiana Avenue, N.W., for more information concerning places where you may ask for such help.

See reverse side for Spanish translation
Vea al dorso la traducción al español

CV-3110 [Rev. June 2017]                                    Super. Ct. Civ. R. 4

# EXHIBIT 1





**TRIBUNAL SUPERIOR DEL DISTRITO DE COLUMBIA**
**DIVISIÓN CIVIL**
Sección de Acciones Civiles
500 Indiana Avenue, N.W., Suite 5000, Washington, D.C. 20001
Teléfono: (202) 879-1133 Sitio web: www.dccourts.gov

_____
Demandante

contra

_____
Demandado

Número de Caso: _____

### CITATORIO

Al susodicho Demandado:

Por la presente se le cita a comparecer y se le require entregar una Contestación a la Demanda adjunta, sea en persona o por medio de un abogado, en el plazo de veintiún (21) días contados después que usted haya recibido este citatorio, excluyendo el día mismo de la entrega del citatorio. Si usted está siendo demandado en calidad de oficial o agente del Gobierno de los Estados Unidos de Norteamérica o del Gobierno del Distrito de Columbia, tiene usted sesenta (60) días, contados después que usted haya recibido este citatorio, para entregar su Contestación. Tiene que enviarle por correo una copia de su Contestación al abogado de la parte demandante. El nombre y dirección del abogado aparecen al final de este documento. Si el demandado no tiene abogado, tiene que enviarle al demandante una copia de la Contestación por correo a la dirección que aparece en este Citatorio.

A usted también se le require presentar la Contestación original al Tribunal en la Oficina 5000, sito en 500 Indiana Avenue, N.W., entre las 8:30 a.m. y 5:00 p.m., de lunes a viernes o entre las 9:00 a.m. y las 12:00 del mediodía los sábados. Usted puede presentar la Contestación original ante el Juez ya sea antes que usted le entregue al demandante una copia de la Contestación o en el plazo de siete (7) días de haberle hecho la entrega al demandante. Si usted incumple con presentar una Contestación, podría dictarse un fallo en rebeldía contra usted para que se haga efectivo el desagravio que se busca en la demanda.

*SECRETARIO DEL TRIBUNAL*

_____
Nombre del abogado del Demandante

_____          Por: _____
Dirección                                                         Subsecretario

_____          Fecha _____
Teléfono
如需翻译,请打电话 (202) 879-4828          Veuillez appeler au (202) 879-4828 pour une traduction          Để có một bài dịch, hãy gọi (202) 879-4828
반역을 원하시면 (202) 879-4828 로 전화주십시오           የአማርኛ ትርጉም ለማግኘት (202) 879-4828  ይደውሉ

IMPORTANTE: SI USTED INCUMPLE CON PRESENTAR UNA CONTESTACIÓN EN EL PLAZO ANTES MENCIONADO O, SI LUEGO DE CONTESTAR, USTED NO COMPARECE CUANDO LE AVISE EL JUZGADO, PODRÍA DICTARSE UN FALLO EN REBELDÍA CONTRA USTED PARA QUE SE LE COBRE LOS DAÑOS Y PERJUICIOS U OTRO DESAGRAVIO QUE SE BUSQUE EN LA DEMANDA. SI ESTO OCURRE, PODRÍA RETENÉRSELE SUS INGRESOS, O PODRÍA TOMÁRSELE SUS BIENES PERSONALES O BIENES RAÍCES Y SER VENDIDOS PARA PAGAR EL FALLO. SI USTED PRETENDE OPONERSE A ESTA ACCIÓN, *NO DEJE DE CONTESTAR LA DEMANDA DENTRO DEL PLAZO EXIGIDO*.

Si desea conversar con un abogado y le parece que no puede pagarle a uno, llame pronto a una de nuestras oficinas del Legal Aid Society (202-628-1161) o el Neighborhood Legal Services (202-279-5100) para pedir ayuda o venga a la Oficina 5000 del 500 Indiana Avenue, N.W., para informarse sobre otros lugares donde puede pedirayuda al respecto.

Vea al dorso el original en inglés
See reverse side for English original

CV-3110 [Rev. June 2017]                                                                                    Super. Ct. Civ. R. 4

# Superior Court of the District of Columbia

## CIVIL DIVISION - CIVIL ACTIONS BRANCH
### INFORMATION SHEET

DCA Capitol Hill LTAC, LLC dba BridgePoint Continuing Care
Hospital Capitol Hill and DCA Hadley LTAC, LLC dba
BridgePoint Continuing Care Hospital National Harborside

**Plaintiff(s)**

vs

CAREFIRST BLUECROSS BLUESHIELD

**Defendant(s)**

Case Number: **2024cab006129**

Date: September 25, 2024

☐ One of the defendants is being sued
in their official capacity.

| | |
|---|---|
| Name: *(Please Print)*<br>Cyndi K. Wong, Esq. | Relationship to Lawsuit |
| Firm Name:<br>Law Offices of Cyndi K. Wong, APC | ☑ Attorney for Plaintiff<br>☐ Self (Pro Se) |
| Telephone No.:          DC Bar No.:<br>(626) 240-0866         1031302 | ☐ Other: _____ |

TYPE OF CASE:   ☐ Non-Jury      ☑ 6 Person Jury            ☐ 12 Person Jury
Demand: $ Atleast $349,900                    Other: _____

PENDING CASE(S) RELATED TO THE ACTION BEING FILED
Case No.:_____  Judge: _____  Calendar #:_____

Case No.:_____  Judge: _____  Calendar #:_____

---

**NATURE OF SUIT:**   *(Check One Box Only)*

**CONTRACT**
- ☑ Breach of Contract
- ☐ Breach of Warranty
- ☐ Condo/Homeowner Assn. Fees
- ☐ Contract Enforcement
- ☐ Negotiable Instrument

**COLLECTION/INS. SUB**
- ☐ Debt Collection
- ☐ Insurance Subrogation
- ☐ Motion/Application for Judgment by Confession
- ☐ Motion/Application Regarding Arbitration Award

**EMPLOYMENT DISPUTE**
- ☐ Breach of Contract
- ☐ Discrimination
- ☐ Wage Claim
- ☐ Whistle Blower
- ☐ Wrongful Termination

---

**REAL PROPERTY**
- ☐ Condo/Homeowner Assn. Foreclosure
- ☐ Declaratory Judgment
- ☐ Drug Related Nuisance Abatement

- ☐ Ejectment
- ☐ Eminent Domain
- ☐ Interpleader

- ☐ Other
- ☐ Quiet Title
- ☐ Specific Performance

- ☐ **FRIENDLY SUIT**
- ☐ **HOUSING CODE REGULATIONS**
- ☐ **QUI TAM**
- ☐ **STRUCTURED SETTLEMENTS**

---

**ADMINISTRATIVE PROCEEDINGS**
- ☐ Administrative Search Warrant
- ☐ App. for Entry of Jgt. Defaulted Compensation Benefits
- ☐ Enter Administrative Order as Judgment
- ☐ Libel of Information
- ☐ Master Meter
- ☐ Petition Other

- ☐ Release Mechanics Lien
- ☐ Request for Subpoena

**MALPRACTICE**
- ☐ Medical – Other
- ☐ Wrongful Death

**AGENCY APPEAL**
- ☐ Dangerous Animal Determination
- ☐ DCPS Residency Appeal
- ☐ Merit Personnel Act (OEA)
- ☐ Merit Personnel Act (OHR)
- ☐ Other Agency Appeal

☐ **APPLICATION FOR INTERNATIONAL FOREIGN JUDGMENT**

# Information Sheet, Continued

**CIVIL ASSET FORFEITURE**
- ☐ Currency
- ☐ Other
- ☐ Real Property
- ☐ Vehicle

**NAME CHANGE/VITAL RECORD AMENDMENT**
- ☐ Birth Certificate Amendment
- ☐ Death Certificate Amendment
- ☐ Gender Amendment
- ☐ Name Change

**TORT**
- ☐ Abuse of Process
- ☐ Assault/Battery
- ☐ Conversion
- ☐ False Arrest/Malicious Prosecution
- ☐ Libel/Slander/Defamation
- ☐ Personal Injury
- ☐ Toxic Mass
- ☐ Wrongful Death (Non-Medical Malpractice)

**GENERAL CIVIL**
- ☐ Accounting
- ☐ Deceit (Misrepresentation)
- ☐ Fraud
- ☐ Invasion of Privacy
- ☐ Lead Paint
- ☐ Legal Malpractice
- ☐ Motion/Application Regarding Arbitration Award
- ☐ Other - General Civil

- ☐ Product Liability
- ☐ Request for Liquidation
- ☐ Writ of Replevin
- ☐ Wrongful Eviction

**CIVIL I/COMPLEX CIVIL**
- ☐ Asbestos

**MORTGAGE FORECLOSURE**
- ☐ Non-Residential
- ☐ Residential

**STATUTORY CLAIM**
- ☐ Anti – SLAPP
- ☐ Consumer Protection Act
- ☐ Exploitation of Vulnerable Adult
- ☐ Freedom of Information Act (FOIA)
- ☐ Other

**TAX SALE FORECLOSURE**
- ☐ Tax Sale Annual
- ☐ Tax Sale Bid Off

**VEHICLE**
- ☐ Personal Injury
- ☐ Property Damage

- ☐ **TRAFFIC ADJUDICATION APPEAL**
- ☐ **REQUEST FOR FOREIGN JUDGMENT**

_____
Filer/Attorney's Signature

September ²⁵, 2024
_____
Date

CV-496/February 2023

IN THE SUPERIOR COURT OF THE DISTRICT OF COLUMBIA

CIVIL DIVISION

|  |  |
|---|---|
| **DCA CAPITOL HILL LTAC, LLC dba BRIDGEPOINT CONTINUING CARE HOSPITAL CAPITOL HILL**, 223 7th Street NE, Washington, DC 20002, AND **DCA HADLEY LTAC, LLC dba BRIDGEPOINT CONTINUING CARE HOSPITAL NATIONAL HARBORSIDE**, 4601 Martin Luther King Jr. Ave. SW, Washington, DC  20032,<br><br>        Plaintiffs,<br><br>   v.<br><br>**CAREFIRST BLUECROSS BLUESHIELD**, 1501 S. Clinton Street, Baltimore, MD 21224<br><br>        Defendant. | Case No. 2024cab006129 |

**COMPLAINT**

**(Damages for Breach of the Agreement, Breach of Insurance Policies, Breach of the Implied Covenant of Good Faith and Fair Dealing, Quantum Meruit and Unjust Enrichment)**

Plaintiffs DCA Capitol Hill LTAC, LLC, a limited liability company doing business as BridgePoint Continuing Care Hospital Capitol Hill, and DCA Hadley LTAC, LLC, a limited liability company doing business as BridgePoint Continuing Care Hospital National Harborside, (collectively, hereinafter "Plaintiffs") hereby allege against Defendant Carefirst Bluecross Blueshield, a Maryland corporation, (hereinafter, "Defendant") as follows:

*///*

1

## I.  **PARTIES.**

1.      At all times relevant, Plaintiffs were and still are limited liability companies organized under the laws of the State of Delaware, with its principal place of business at 223 7th Street NE, Washington, District of Columbia 20002 and 4601 Martin Luther King Jr. Ave. SW, Washington, DC  20032.

2.      Plaintiffs operate long-term acute care hospital facilities located in Washington, District of Columbia (hereinafter, the "Facilities").

3.      Plaintiffs are informed and believe and thereon allege that at all times relevant, Defendant was and is a Maryland corporation with an address at 1501 S. Clinton Street, Baltimore, MD 21224.

4.      Plaintiffs are informed and believe and thereon allege that Defendant is a managed health care company that provides health insurance to its insured members.

## II.  **JURISDICTION.**

5.      This is an action for collection of monies owed under the laws of the District of Columbia.

6.      This Court has subject jurisdiction over this matter pursuant to D.C. Code section 11-921 and personal jurisdiction over Defendant pursuant to D.C. Code section 13-423(a)(1).

## III. **GENERAL FACTUAL ALLEGATIONS.**

7.      Between November 2022 through September 2023, Plaintiffs and Defendant would enter into Non-Par Rate Negotiation Agreements (collectively, the "Single Case Agreements") for particular insureds wherein Defendant agreed to pay Plaintiff for medically necessary services to said particular insureds.

8.      In or about May 2023 and January 2024, Plaintiffs entered into written Hospital Agreements and Hospital Participation Agreements with Defendant (hereinafter,

collectively the "Provider Agreement"). Under the Provider Agreement, Plaintiffs and Defendant agreed that Plaintiffs would participate in Defendant's health services provider network with respect to certain of Defendant's insurance products on the terms set forth in the Agreement.

9.      The Single Case Agreements and the Provider Agreement shall be collectively referred herein as the Agreement.

10.      Under the collective terms of the Agreement, Defendant agreed to pay Plaintiffs for medically necessary services rendered to certain members at rates set forth in the Agreement.

11.      Plaintiffs are informed and believe and thereon allege that as from November 2022 through February 2024, inclusive, certain patients were insured under health insurance policies issued and/or administered by Defendant, and that Defendant was obligated to pay said patients' medically necessary care and expenses under said policies.

12.      Specifically, but without limitation, Plaintiffs are informed and believe and thereon allege that the following patients (collectively, the "Insureds") were admitted at Plaintiffs' Facilities, said admissions were authorized by Defendant, Plaintiffs provided said patients medically necessary care and expenses during said admissions to the Insureds, and Defendant was and is obligated to pay Plaintiffs for said medically necessary care and expenses to the Insureds under the terms of the Agreement. As of filing the within action, said patients are as follows:

| Insured | Policy No. | Admission Dates |
|---------|-----------|-----------------|
| Insured No. 1 | R27021660 | January 13, 2023 to March 9, 2023 |

| Insured No. 2 | XIB922693772 | May 15, 2023 to July 15, 2023 |
| Insured No. 3 | 45305093700 | November 21, 2023 to February 8, 2024 |
| Insured No. 4 | 44301795100 | February 22, 2023 to September 21, 2023 |
| Insured No. 5 | BPZ810885465 | November 15, 2022 to December 6, 2022 |
| Insured No. 6 | R59181154 | September 21, 2023 to October 12, 2023 |
| Insured No. 7 | MYY810946866 | September 26, 2023 to October 1, 2023 |
| Insured No. 8 | R60962233 | November 11, 2022 to February 9, 2023 |

13.     Following the Insureds' admissions, and in accordance with the terms of the Agreement, Plaintiffs submitted clean claims for payment for said Insureds' admissions.

14.     Defendant wrongfully denied portion of said clean claims for services rendered to the Insureds.

15.     Plaintiffs timely appealed said wrongfully denied portions.

16.     Defendant, again, wrongfully denied said portion of the clean claims and Plaintiffs' appeals.

17.     To date, and despite written demands for payment to Defendant, Plaintiffs have not received the payment for the Insureds' admission dates as follows:

///

| Insured | Wrongfully Denied Days | Amount at Issue |
|---|---|---|
| Insured No. 1 | February 12, 2023 to March 9, 2023 | $62,500 |
| Insured No. 2 | June 20, 2023 to July 15, 2023 | $70,000 |
| Insured No. 3 | January 19, 2024 to February 8, 2024 | $43,000 |
| Insured No. 4 | September 13 to 21, 2023 | $17,200 |
| Insured No. 5 | December 2 through 6, 2022 | $8,800 |
| Insured No. 6 | October 5 to 12, 2023 | $16,100 |
| Insured No. 7 | October 14, 15, and 23, 2023 to November 1, 2023 | $26,700 |
| Insured No. 8 | December 23, 2022 to February 9, 2023 | $105,600 |

18.     As a result of Defendant's wrongful refusal and failure to remit payment for the Insureds' full admissions, Plaintiffs have been damaged in an amount to be proven at the time of trial hereof, but currently believed to be no less than Three Hundred Forty-Nine Thousand Nine Hundred Dollars ($349,900) exclusive of interest, attorneys' fees and costs.

19.     Plaintiffs have also been required to employ the services of the Law Offices of Cyndi K. Wong to seek remittance of payment from Defendant and to prosecute this action, and seeks recovery for such attorneys' fees and court costs.

20.     Plaintiffs are also entitled to interest against Defendant under Code of the District of Columbia, section 31-3132, entitled "Prompt payment."

### IV. COUNT ONE – BREACH OF THE AGREEMENT.

21.     Plaintiffs hereby incorporate and reallege each and every allegation contained in paragraphs 1 through 20 above as though set forth fully herein.

22.     As first noted above, between November 2022 and January 2024, Plaintiffs entered into the Agreement with Defendant.

23.     Under the terms of the Agreement, Defendant agreed to pay Plaintiffs for medically necessary services rendered to its members at rates set forth in the Agreement.

24.     Plaintiffs provided medically necessary covered services to the Insureds during their admissions from November 2022 through January 2024, inclusive.

25.     Plaintiffs have performed all of its material obligations under the Agreement except for those prevented or excused by the conduct of Defendant.  Among other matters, Plaintiffs verified the Insureds' eligibility under their policies in connection with their admissions, and obtained Defendant's authorization for said admissions. Plaintiffs also submitted claims for said admissions to Defendant pursuant to the Agreement.

26.     Defendant materially breached the Agreement by failing to pay Plaintiffs for covered services rendered to the Insureds, and/or failing to notify the payors to pay as required under Agreement.

27.     As a direct and proximate result of Defendant's breach of the Agreement, Plaintiffs have been damaged in an amount to be proven at the time of trial hereof, but currently believed to be no less than Three Hundred Forty-Nine Thousand Nine Hundred Dollars ($349,900) exclusive of interest, attorneys' fees and costs.

28.     Plaintiffs are also entitled to interest against Defendant under Code of the District of Columbia, section 31-3132, entitled "Prompt payment."

**V.  <u>COUNT TWO – BREACH OF INSURANCE POLICIES.</u>**

29.     Plaintiffs hereby incorporate and reallege each and every allegation contained in paragraphs 1 through 28 above as though set forth fully herein.

30.     As first noted above, Plaintiffs are informed and believe and thereon allege that from at least November 2022 through January 2024, the Insureds were insured under policies issued and/or administered by Defendant.

31.     Plaintiffs are informed and believe and thereon allege that under the terms of the policies, Defendant was obligated to pay for the Insureds' admissions at the Facilities under the policies.

32.     Prior to or upon the Insureds' admissions to the Facilities, the Insureds executed a written conditions of admission agreement under which the Insureds assigned the Insureds' rights under the policies and other policies of insurance providing coverage for services and treatment rendered by Plaintiffs to Plaintiffs.

33.     Defendant breached the policies by failing to timely make reimbursement for the benefits to the Insureds under the policies.  As the Insureds' assignee under the policies, Plaintiffs are entitled to recover reimbursement for the benefits due to the Insureds from Defendant.

34.     As a direct and proximate result of Defendant's breach of the policies, Plaintiffs have been damaged in an amount to be proven at the time of trial hereof, but currently believed to be no less than Three Hundred Forty-Nine Thousand Nine Hundred Dollars ($349,900) exclusive of interest, attorneys' fees and costs.

## VI. <u>COUNT THREE – BREACH OF IMPLIED COVENANT OF GOOD FAITH AND FAIR DEALING.</u>

35.     Plaintiffs hereby incorporate and reallege each and every allegation contained in paragraphs 1 through 34 above as though set forth fully herein.

36.     As first noted above, from November 2022 through January 2024, Plaintiffs entered into the Agreement with Defendant.

37.     As first noted above, Plaintiffs are also informed and believe and thereon allege that from at least November 2022 through January 2024, the Insureds were insured under the policies issued and/or administered by Defendant.

38.     Plaintiffs allege that Defendant violated the covenant of good faith and fair dealing implied in both the Agreement and the policies by willfully refusing to pay

Plaintiffs for the Insureds' admissions when Defendant knew that such payment was due to Plaintiffs from Defendant under both the Agreement and the policies.

39.     Among other matters, and in bad faith, Defendant have refused to make full payment for the admissions.

40.     As a direct and proximate result of Defendant's breach of the implied covenant of good faith and fair dealing, Plaintiffs have been damaged in an amount to be proven at the time of trial hereof, but currently believed to be no less than Three Hundred Forty-Nine Thousand Nine Hundred Dollars ($349,900) exclusive of interest, attorneys' fees and costs.

## VII.   COUNT FOUR – QUANTUM MERUIT.

41.     Plaintiffs hereby incorporate and reallege each and every allegation contained in paragraphs 1 through 40 above as though set forth fully herein.

42.     During the course of the Insureds' admissions at the Facilities, Plaintiffs provided valuable medical care and services to the Insureds for which Defendant is financially responsible under the terms of both the Agreement and the policies.

43.     Since, among other matters, Plaintiffs and Defendant entered into the Agreement prior to the Insureds' admissions and, following the Insureds' admissions, Plaintiffs submitted claims for payment for the Insureds' admissions and related services to Defendant, Defendant was clearly on notice that Plaintiffs expected to be paid for the services rendered to Defendant's Insureds.

44.     Defendant accepted the services rendered by Plaintiffs to the Insureds, for which Defendant is financially responsible, as evidenced by Defendant's authorization of the admissions.

45.     Despite their specific authorizations to Plaintiffs for the Insureds' admissions, Defendant has failed to pay Plaintiffs for the valuable services provided by Plaintiffs to Defendant's Insured.

46.     If the Court does not find for Plaintiffs on Counts One, Two, or Three, Plaintiffs plead in the alternative that they are entitled to recover the value of their medical necessary care and services to the Insureds from Defendant in quantum meruit.

47.     The value of Plaintiffs' uncompensated services to Defendant's Insureds will be proven at the time of trial hereof but is currently believed to be no less than Three Hundred Forty-Nine Thousand Nine Hundred Dollars ($349,900) exclusive of interest, attorneys' fees and costs.

## VIII.   COUNT FIVE – UNJUST ENRICHMENT.

48.     Plaintiffs hereby incorporate and reallege each and every allegation contained in paragraphs 1 through 47 above as though set forth fully herein.

49.     Plaintiffs conferred a benefit on Defendant by providing valuable medical care and services to Defendant's Insureds for which Defendant is financially responsible under the Agreement and the policies at issue.

50.     Defendant has retained the benefit of Plaintiffs' provision of medical care and services to Defendant's Insureds for which Defendant is financially responsible under the Agreement and the policies without making payment therefor.

51.     If the Court does not find for Plaintiffs on Counts One, Two, Three, or Four, Plaintiffs plead in the alternative that it is entitled to recover from Defendant on the basis that Defendant would be unjustly enriched if permitted to benefit from Plaintiffs' provision of valuable services to Defendant's Insureds without making payment to Plaintiffs therefor.

52.     Defendant has been unjustly enriched (and Plaintiffs have suffered a corresponding loss) on account of the uncompensated services provided by Plaintiffs to Defendant's Insureds in an amount to be proven at the time of trial hereof but currently believed to be no less than Three Hundred Forty-Nine Thousand Nine Hundred Dollars ($349,900) exclusive of interest, attorneys' fees and costs.

## IX. <u>PRAYER.</u>

WHEREFORE, Plaintiffs DCA Capitol Hill LTAC, LLC doing business as BridgePoint Continuing Care Hospital Capitol Hill and DCA Hadley LTAC, LLC doing business as BridgePoint Continuing Care Hospital National Harborside prays for judgment against Defendant Carefirst Bluecross Blueshield as follows:

(a) for money damages as set forth herein;

(b) for pre- and post-judgment interest as permitted by the Agreement, the policies, and law;

(c) for interest as permitted by Code of the District of Columbia, section 31-3132, entitled "Prompt payment";

(d) for Plaintiffs' attorneys' fees and costs; and

(e) for such other and further relief as the Court deems proper.

Dated: September 25, 2024       Respectfully submitted,

Cyndi K. Wong (D.C. Bar No. 1031302)
Law Offices of Cyndi K. Wong, APC
301 North Lake Avenue, Suite 600
Pasadena, CA 91101, Telephone: (626) 240-0866
Email: cwong@cyndikwong.com
*Attorney for Plaintiffs*



**Superior Court of the District of Columbia**
**Civil Division - Civil Actions Branch**
**500 Indiana Ave NW, Room 5000, Washington DC 20001**
**202-879-1133 | www.dccourts.gov**

**Case Number:** 2024-CAB-006129

**Case Style:** DCA Capitol Hill LTAC, LLC et al. v. CareFirst BlueCross BlueShield

### INITIAL ORDER

| Initial Hearing Date: | Initial Hearing Time: | Courtroom Location: |
|---|---|---|
| Friday, 01/03/2025 | 9:30 AM | Remote Courtroom 212 |
| **Please see attached instructions for remote participation.** | | |
| Your case is assigned to Associate Judge Yvonne Williams. | | |

Pursuant to D.C. Code § 11-906 and District of Columbia Superior Court Rule of Civil Procedure ("Super. Ct. Civ. R.") 40-I, it is hereby ORDERED as follows:

1) This case is assigned to the judge and calendar designated above. All future filings in this case shall bear the calendar number and judge's name along with the case number in the caption.

2) Within 60 days of the filing of the complaint, plaintiff must file proof of service on each defendant of copies of the summons, the complaint, and this Initial Order. The court will dismiss the claims against any defendant for whom such proof of service has not been filed by this deadline, unless the court extended the time for service under Rule 4.

3) Within 21 days of service (unless otherwise provided in Rule 12), each defendant must respond to the complaint by filing an answer or other responsive pleading. The court may enter a default and a default judgment against any defendant who does not meet this deadline, unless the court extended the deadline under Rule 55(a).

4) At the time stated above, all counsel and unrepresented parties shall participate in a hearing to establish a schedule and discuss the possibilities of settlement. Counsel shall discuss with their clients before the hearing whether the clients are agreeable to binding or non-binding arbitration. This order is the only notice that parties and counsel will receive concerning this hearing.

5) If the date or time is inconvenient for any party or counsel, the Civil Actions Branch may continue the Conference once, with the consent of all parties, to either of the two succeeding days when the calendar is called. To reschedule the hearing, a party or lawyer may call the Branch at (202) 879-1133. Any such request must be made at least seven business days before the scheduled date. No other continuance will be granted except upon motion for good cause shown.

6) Parties are responsible for obtaining and complying with all requirements of the General Order for Civil cases, each judge's Supplement to the General Order and the General Mediation Order. Copies of these orders are available in the Courtroom and on the Court's website http://www.dccourts.gov/.

Chief Judge Anita M. Josey-Herring

**To Join by Computer, Tablet, or Smartphone:**

1) Copy and Paste or Type the link into a web browser and enter the Webex Meeting ID listed below.

   Link: dccourts.webex.com/meet/ctb212

   Meeting ID: 129 440 9070

2) When you are ready, click "Join Meeting".

3) You will be placed in the lobby until the courtroom clerk gives you access to the hearing.

**Or to Join by Phone:**

1) Call 202-860-2110 (local) or 844-992-4726 (toll-free)

2) Enter the Webex Meeting ID listed above followed by "##"

**Resources and Contact Information:**

1) For best practices on how to participate in Webex Meetings, click here https://www.webex.com/learn/best-practices.html.

2) For technical issues or questions, call the Information Technology Division at 202-879-1928 and select option 2.

3) For case questions, call the Civil Actions Branch Clerk's Office at 202-879-1133.

4) To change your method of hearing participation, visit www.dccourts.gov/hearing-information for instructions and forms.

## ACCESSIBILITY AND LANGUAGE ACCESS

**Persons with Disabilities**:

If you have a disability as defined by the American Disabilities Act (ADA) and you require an accommodation, please call 202-879-1700 or email ADACoordinator@dcsc.gov. The D.C. Courts does not provide transportation service.

**Interpreting and Translation Services**:

The D.C. Courts offers free language access services to people having business with the court who are deaf or who are non-English speakers. Parties to a case may request free translations of court orders and other court documents. To ask for an interpreter or translation, please contact the Clerk's Office listed for your case. For more information, visit https://www.dccourts.gov/language-access.

**Servicios de interpretación y traducción**:

Los Tribunales del Distrito de Columbia ofrecen servicios gratuitos de acceso al idioma a las personas sordas o que no hablan inglés que tienen asuntos que atender en el tribunal. Las partes de un caso pueden solicitar traducciones gratuitas de las órdenes judiciales y otros documentos del tribunal. Para solicitar un intérprete o una traducción, póngase en contacto con la Secretaría de su caso.

Para más información, visite https://www.dccourts.gov/language-access.

El acceso al idioma es importante para los Tribunales del Distrito de Columbia. Puede dar su opinión sobre los servicios de idiomas visitando https://www.dccourts.gov/services/information-and-resources/interpreting-services#language-access.

**የቃልና የጽሑፍ ትርጓሜ አገልግሎቶች**:

የዲ.ሲ. ፍርድ ቤቶች መስማት ለተሳናቸውና የእንግሊዝኛ ቋንቋ ተናጋሪ ላልሆኑ በፍርድ ቤቱ ጉዳይ ላላቸው ሰዎች ነጻ የቋንቋ ተደራሽነት አገልግሎቶች ያቀርባል። ተከራካሪ ወገኖች የፍርድ ቤት ትእዛዞችና ሌሎች የፍርድ ቤት ሰነዶች በነጻ እንዲተረጎሙላቸው መጠየቅ ይችላሉ። የቃል ወይም የጽሑፍ ትርጓሜ ለመጠየቅ እባክዎን በመዝገብዎ የተዘረዘሩን የጸሐፊ ቢሮ (ክለርክ'ስ ኦፊስ) ያናግሩ። ለተጨማሪ መረጃ https://www.dccourts.gov/language-access ይጎብኙ።

የቋንቋ ተደራሽነት ለዲ.ሲ. ፍርድ ቤቶች አስፈላጊ ነው። የቋንቋ አገልግሎቶች በተመለከተ አስተያየትዎን https://www.dccourts.gov/services/information-and-resources/interpreting-services#language-access በመጎብኘት መስጠት ይችላሉ።

# Tips for Attending Remote Hearings - Civil Division

*Your court hearing may be held remotely. This means that you will participate by phone or by video conference instead of coming to the courthouse. Here are some tips on how to prepare.*

## How do I know if I have a remote hearing?

The Court will contact you to tell you that your hearing is remote. They may contact you by sending you an email, letter in the mail, or by calling you.



## How do I take part in a remote hearing?

The Court will give you step-by-step instructions on how to take part in the remote hearing.

If you lose your written notice, call the Civil Actions Clerk's Office for instructions at:

 202-879-1133

## Is there anything that I should do before the day of the hearing?

- Let the court know immediately if you cannot join a hearing because you do not have a phone or computer.

 Civil Actions Clerk's Office: 202-879-1133

- You may want to contact an attorney for legal help.
- You can also find the list of legal services providers at www.dccourts.gov/services/represent-yourself by clicking on the link that says, "List of Legal Service Providers for Those Seeking an Attorney or Legal Advice".
- Evidence: if you want the judge to review photos or documents, ask the judge how to submit your evidence.
- Witnesses: tell the judge if you want a witness to testify at your hearing.
- Accommodations & Language Access: let the court know if you need an interpreter or other accommodation for your hearing.

## Tips for the Hearing



- Join the hearing a few minutes early!
- Charge your computer or phone and make sure you have enough minutes to join the call. Find a private and quiet space. If possible, be alone in a room during the hearing. Try to limit distractions as much as possible. If others are in the room with you, ask if they can be quiet during the hearing.
- Mute your microphone when you are not talking. Mute all sounds on your phone or computer.
- Say your name before you speak so the record  is clear. Be prepared to identify your role in the hearing (e.g., observer, plaintiff, defendant, witness, etc.).
- Speak slowly and clearly so everyone hears what you are saying.
- Pause before speaking in case there is a lag. Use a headset or headphones if you can. This will free up your hands and sound better.
- Try not to talk over anyone else. Only one person can speak at a time. If you talk while someone else is talking, the judge will not be able to hear you.
- Have all your documents for the hearing in front of you. Have a pen and paper to take notes.
- If you are not ready for your hearing or want to speak with an attorney, you can ask the judge to postpone your hearing for another date.
- If your sound or video freezes during the hearing, use the chat feature or call the Clerk's Office to let them know that you are having technical issues.

## Special Tips for Video Hearings
## (Click here for more information)

- Download the court's hearing software, WebEx, in advance and do a test run! The Court will provide you with a WebEx link in advance of the hearing.
- Set up the camera at eye level. If you are using your phone, prop it up so you can look at it without holding it.
- Look at the camera when you speak and avoid moving around on the video.
- Wear what you would normally wear to court.
- Sit in a well-lit room with no bright lights behind you.
- If possible, find a blank wall to sit in front of. Remember the judge will be able to see everything on your screen, so pick a location that is not distracting.




# District of Columbia Courts
# Tips for Using DC Courts Remote

The DC Courts have **remote hearing sites** available in various locations in the community to help persons who may not have computer devices or internet service at home to participate in scheduled remote hearings.  The Courts are committed to enhancing access to justice for all.

There are six remote access sites throughout the community which will operate: **Monday – Friday, 8:30 am – 4:00 pm.**

### The remote site locations are:



| **Remote Site - 1**<br>Balance and Restorative Justice Center<br>1215 South Capitol Street, SW<br>Washington, DC 20003 | **Remote Site - 4**<br>Balance and Restorative Justice Center<br>920 Rhode Island Avenue, NE<br>Washington, DC 20018 |
| --- | --- |
| **Remote Site - 2**<br>Balance and Restorative Justice Center<br>1110 V Street, SE<br>Washington, DC 20020 | **Remote Site - 5**<br>Reeves Center<br>2000 14th Street, NW, 2nd Floor<br>Community Room<br>Washington, DC 20009 |
| **Remote Site - 3**<br>Balance and Restorative Justice Center<br>118 Q Street, NE<br>Washington, DC 20002 | **Remote Site - 6**<br>Reeves Center<br>2000 14th Street, NW, Suite 300N<br>Office of the Tenant Advocate<br>Washington, DC 20009<br>*** No walk-ins at this location*** |

If you want to use a remote site location for your hearing, call **202-879-1900** or email DCCourtsRemoteSites@dcsc.gov **at least 24 hours before your hearing to reserve a remote access computer station**.  If you require special accommodations such as an interpreter for your hearing, please call **202-879-1900 at least 24 hours in advance of your hearing so the Courts can make arrangements**.

**\*You should bring the following items when you come to your scheduled site location\***

1. Your **case number** and any **hyperlinks** provided by the Courts for your scheduled hearing.
2. Any documents you need for the hearing (evidence), including exhibits, receipts, photos, contracts, etc.
3. Materials for notetaking, including pen and paper.

**\*Safety and security measures are in place at the remote sites.**

**Contact information to schedule your remote access computer station:**
Call: **202-879-1900**
Email:  DCCourtsRemoteSites@dcsc.gov




# Tribunales del Distrito de Columbia
## Consejos para usar los sitios de audiencia remota de los Tribunales de DC

Los Tribunales de DC disponen de **sitios de audiencia remota** en distintos centros de la comunidad para ayudar a que las personas que no tienen dispositivos informáticos o servicio de Internet en su casa puedan participar en audiencias remotas programadas. Los Tribunales honran el compromiso de mejorar el acceso de toda la población a la justicia.

En toda la comunidad hay seis sitios de acceso remoto que funcionarán de **lunes a viernes, de 8:30 am a 4:00 pm**.

Los centros de acceso remoto son:



| **Sitio Remoto - 1**<br>Balance and Restorative Justice Center<br>1215 South Capitol Street, SW<br>Washington, DC 20003 | **Sitio Remoto - 4**<br>Balance and Restorative Justice Center<br>920 Rhode Island Avenue, NE<br>Washington, DC 20018 |
|---|---|
| **Sitio Remoto - 2**<br>Balance and Restorative Justice Center<br>1110 V Street, SE<br>Washington, DC 20020 | **Sitio Remoto - 5**<br>Reeves Center<br>2000 14th Street, NW, 2nd Floor<br>Community Room<br>Washington, DC 20009 |
| **Sitio Remoto - 3**<br>Balance and Restorative Justice Center<br>118 Q Street, NE<br>Washington, DC 20002 | **Sitio Remoto - 6**<br>Reeves Center<br>2000 14th Street, NW, Suite 300N<br>Office of the Tenant Advocate<br>Washington, DC 20009<br>*No se puede entrar sin cita previa* |

Si desea usar un sitio remoto para su audiencia, llame al **202-879-1900** o envíe un mensaje de correo electrónico a DCCourtsRemoteSites@dcsc.gov **al menos 24 horas antes de la audiencia, para reservar una estación de computadora de acceso remoto.** Si necesita adaptaciones especiales, como un intérprete para la audiencia, llame **al 202-879-1900 al menos 24 horas antes de la audiencia para que los Tribunales puedan hacer los arreglos necesarios.**

**\*Cuando concurra al sitio programado debe llevar los siguientes artículos\***

1. Su **número de caso** y todos los **hipervínculos** que le hayan proporcionado los Tribunales para la audiencia programada.

2. Cualquier documento que necesite para la audiencia (prueba), incluidos documentos probatorios, recibos, fotos, contratos, etc.

3. Materiales para tomar nota, como papel y lápiz.

**\*Los sitios de acceso remoto cuentan con medidas de seguridad y protección.**

**Información de contacto para programar su estación de computadora de acceso remoto:**
Teléfono: **202-879-1900**
Correo electrónico: DCCourtsRemoteSites@dcsc.gov



Superior Court of the District of Columbia
Civil Division - Civil Actions Branch
500 Indiana Ave NW, Room 5000, Washington DC 20001
202-879-1133 | www.dccourts.gov

First Class Mail
U. S. Postage Paid
Washington, D.C.
Permit No. 1726

CareFirst BlueCross BlueShield
1501 S Clinton ST
Baltimore MD  21224

You are named in a lawsuit filed in the Superior Court of the District of Columbia. If you cannot appear at the hearing, please contact the Clerk's Office immediately for more information. If Plaintiff does not participate, the case may be dismissed. If Defendant does not participate, default or judgment may be entered.

For case information, please contact the Civil Actions Branch Clerk's Office by phone at 202-879-1133 or by live chat at https://www.dccourts.gov/services/civil-matters/requesting-over-10k.

To access your case information online, please visit www.dccourts.gov/services/cases-online.

**Case Caption:**   DCA Capitol Hill LTAC, LLC et al. v. CareFirst BlueCross BlueShield

**To:**  CareFirst BlueCross BlueShield                    **Case Number:**   2024-CAB-006129
### NOTICE OF REMOTE INITIAL SCHEDULING CONFERENCE
Your case is scheduled for a(n) **Remote Initial Scheduling Conference** on **01/03/2025** at **9:30 AM** in **Remote Courtroom 212**.

The remote hearing will be held via Webex. To join the hearing, follow the below instructions.

**To Join by Computer, Tablet, or Smartphone:**
1) Copy and Paste or Type the link into a web browser and enter the Webex Meeting ID listed below.

   Link: dccourts.webex.com/meet/ctb212

   Meeting ID: 129 440 9070
2) Click "**Join Meeting**". You may be placed in the lobby until the courtroom clerk gives you access to the hearing.

**Persons with Disabilities:**

If you have a disability as defined by the American Disabilities Act (ADA) and you require an accommodation, please call (202) 879-1700 or email ADACoordinator@dcsc.gov. The D.C. Courts does not provide transportation service.

**Interpreting and Translation Services:**

The D.C. Courts offers free language access services to people having business with the court who are deaf or who are non-English speakers. Parties to a case may request free translations of court orders and other court documents. To ask for an interpreter or translation, please contact the Clerk's Office at the telephone number at the top of the first page of this notice. For more information, visit https://www.dccourts.gov/language-access.

Language access is important to the D.C. Courts. You can provide feedback on language services by visiting https://www.dccourts.gov/services/information-and-resources/interpreting-services#language-access.

**Servicios de interpretación y traducción:**

Los Tribunales del Distrito de Columbia ofrecen servicios gratuitos de acceso al idioma a las personas sordas o que no hablan inglés que tienen asuntos que atender en el tribunal. Las partes de un caso pueden solicitar traducciones gratuitas de las órdenes judiciales y otros documentos del tribunal. Para solicitar un intérprete o una traducción, póngase en contacto con la Secretaría en el número de teléfono que figura en la parte superior de la primera página de este anuncio. Para más información, visite https://www.dccourts.gov/language-access.

El acceso al idioma es importante para los Tribunales del Distrito de Columbia. Puede dar su opinión sobre los servicios de idiomas visitando https://www.dccourts.gov/services/information-and-resources/interpreting-services#language-access.

**የቃልና የጽሑፍ ትርጓሜ አገልግሎቶች:**

የዲ.ሲ ፍርድ ቤቶች መስማት ለተሳናቸውና የእንግሊዝኛ ቋንቋ ተናጋሪ ላልሆኑ በፍርድ ቤቱ ጉዳይ ላላቸው ሰዎች ነጻ የቋንቋ ተደራሽነት አገልግሎቶች ያቀርባሉ። ተከራካሪ ወገኖች የፍርድ ቤት ትዕዛዞችና ሌሎች የፍርድ ቤት ሰነዶች በነጻ እንዲተረገምላቸው መጠየቅ ይችላሉ። አስተርጓሚ ወይም የጽሑፍ ትርጉም ለመጠየቅ፣ እባክዎን በዚህ ደብዳቤ የመጀመሪያ ገጽ አናት ላይ በተቀመጠው ስልክ ቁጥር የፍርድ ቤቱን መዝገብ ቤት ቢሮን ያናግሩ። ለበለጠ መረጃ https://www.dccourts.gov/language-access ላይ ይጎብኙ።

የቋንቋ ተደራሽነት ለዲ.ሲ. ፍርድ ቤቶች አስፈላጊ ነው። የቋንቋ አገልግሎቶች በተመለከተ አስተያየትዎን https://www.dccourts.gov/services/information-and-resources/interpreting-services#language-access በመጎብኘት መስጠት ይችላሉ።